IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PAUL A. BRADFORD,                                    *

                      Petitioner,        *

v.                                                       Case No.  7:18-CR-60(WLS)

                                    *

UNITED STATES OF AMERICA,                            *

                      Respondent.        *

_____        *

## J U D G M E N T

      Pursuant to this Court's Order dated August 9, 2021, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Respondent.

      This 9th day of August, 2021.

                                David W. Bunt, Clerk


                                s/ Robin L. Walsh, Deputy Clerk