IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PAUL A. BRADFORD, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **28 U.S.C. § 2255 Case No.** |
| | : | 7:20-CV-138 (WLS-TQL) |
| | : | |
| UNITED STATES OF AMERICA, | : | **Criminal Case No.** |
| | : | 7:18-CR-60 (WLS-TQL) |
| Respondent. | : | |
| _____ | : | |

## <u>ORDER</u>

Previously, the Court adopted a Recommendation (Doc. 70) to deny Bradford's Motion to Vacate pursuant to 28 U.S.C. § 2255. (Doc. 73.) The Court noted that no objection was filed to the Recommendation and that more than three months passed before Petitioner sent a letter inquiring into the status of his pending motion to vacate. *Id.* (citing Doc. 72.) An additional fourteen days then passed with no objection or motion for extension of time to file an objection have been filed, so the Court proceeded with denying the motion to vacate for the reasons stated in the unobjected-to Recommendation. *Id.* Approximately six weeks later, the Court received two letters from Petitioner inquiring into the status of his case, stating that there have been delays in receiving mail, and stating that he never received the Recommendation. (Docs. 75 & 76.) He requested that the Recommendation be resent and that he be given thirty days to file an objection to the Recommendation. (Doc. 76 at 2.) Construing his letter as a motion to reopen and in in the interests of justice, the Court granted Petitioner fourteen days to file an Objection to the Recommendation. (Doc. 77.) More than fourteen days have now passed, and nothing further has been filed by Petitioner. Nonetheless,

1

the Court realizes that Petitioner has still not have received the Recommendation and, therefore, is unable to file an Objection.

Accordingly, Petitioner is hereby granted an additional fourteen days from the date of this Order, that being **no later than Tuesday, November 9, 2021**, to file an Objection to the Recommendation. The Clerk's Office is **DIRECTED** to mail Petitioner a copy of the Recommendation (Doc. 70) along with this Order.

**SO ORDERED**, this <u>26th</u> day of October 2021.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**