IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PAUL A. BRADFORD, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **28 U.S.C. § 2255 Case No.** |
| | : | 7:20-CV-138 (WLS-TQL) |
| | : | |
| UNITED STATES OF AMERICA, | : | **Criminal Case No.** |
| | : | 7:18-CR-60 (WLS-TQL) |
| Respondent. | : | |
| _____ | : | |

## ORDER

Previously, the Court adopted a Recommendation (Doc. 70) to deny Bradford's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Doc. 65) as no objection or motion for an extension of time had been filed. (Doc. 73.) Judgment was entered accordingly. (Doc. 74.) Following a series of letters from Petitioner and motions for extension of time, the Court reopened the motion to vacate, resent the Recommendation, and ordered that Petitioner's Objection be filed no later than Monday, December 13, 2021. (Docs. 77, 78, 82.) Despite Petitioner having the Recommendation since November 15, 2021 (*see* Doc. 81), no objection has been filed to-date.[1]

Accordingly, for the reasons stated therein and because no objection has been filed, the Order adopting the Recommendation and denying the Motion to Vacate is hereby reinstated as the Order of the Court. (Doc. 73.) The Judgment is also reinstated. (Doc. 74.)

**SO ORDERED**, this 29th day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court has waited more than fourteen days past Petitioner's deadline to account for potential mail delays.

1